# Court of Appeals
## Tenth Appellate District of Texas

10-25-00357-CV

In re Cody Ray Fults and Hannah Fults

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

The petition for writ of mandamus, filed by Cody Ray Fults and Hannah Fults on October 10, 2025, is denied. TEX. R. APP. P. 52.8(a),(d).

STEVE SMITH
Justice

OPINION DELIVERED and FILED: October 23, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Denied
OT06

